UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:03CR198 (RNC) |
| ROBERTO TORRES | : | JANUARY 25, 2005 |

### MOTION TO SEAL

The defendant through his undersigned counsel respectfully moves the Court for an Order sealing the Defendant's motion and any order entered thereon.

Respectfully submitted,

By:_____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00016
Email: cramer @ snet.net