



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 JAN 25 P 1: 52

UNITED STATES OF AMERICA            :

VS.                                 :            NO. 3:03CR198 (RNC)

ROBERTO TORRES                      :            JANUARY 25, 2005

### MOTION TO SEAL

The defendant through his undersigned counsel respectfully moves the

Court for an Order sealing the Defendant's motion and any order entered thereon.

Respectfully submitted,

By: _____
                Richard S. Cramer
                449 Silas Deane Highway
                Wethersfield, CT 06109
                Tel. (860) 257-3500
                Federal Bar No. ct00016
                Email: cramer @ snet.net

February 1, 2005.  Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.